**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOSEPH J. CRUCE AND** | ) | |
| **ROBIN CRUCE** | ) | |
| | ) | |
| *Plaintiffs,* | ) | **Case No.3:13-cv-0655** |
| | ) | |
| **v.** | ) | **Judge Campbell** |
| | ) | |
| | ) | **Magistrate Judge Bryant** |
| **KLINE MECHANICAL SYSTEMS INC.,** | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### AGREED ORDER DISMISSING THE CASE WITH PREJUDICE

---

COME NOW the Parties hereto, and announce to the Court that this case has been voluntarily compromised and settled and, therefore, this case should be dismissed, with prejudice, with each Party to bear its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED** this ___ day of _____, 2013.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/ Tara L. Swafford_____
THE SWAFFORD LAW FIRM, PLLC
Tara L. Swafford (BPR # 17577)
Elizabeth G. Hart (BPR # 30070)
207 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 482-0187
Facsimile: (615) 807-2355

*Attorneys for Plaintiffs*




/s/ Douglas R. Pierce_____
Douglas R. Pierce (BPR #10084)
Chase D. Fisher (BPR # 29156)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Telephone: (615) 259-5521
Facsimile: (615) 726-5419

*Attorneys for Defendant*




**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2013, a copy of this Agreed Order Dismissing the Case with Prejudice was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system.


**Tara Swafford**
**207 Third Avenue North**
**Franklin, TN 37064**

*Attorney for Plaintiff*

/s/ Douglas R. Pierce
Douglas R. Pierce

2